**Order entered October 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00021-CR

**LUIS JOSE HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1230982-W**

## ORDER

Before the Court is State's September 24, 2019, motion for second extension of time to file brief, as well as the State's October 3, 2019 letter clarifying the motion. We **GRANT** this motion and **ORDER** the State's brief, received on September 24, 2019, filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE